UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61638-CIV-COHN/SELTZER

CRAIG HAUSER,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, LP,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 4]. Having reviewed the Notice, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that all claims in the above-captioned action are **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(i). It is further

**ORDERED AND ADJUDGED** that all pending motions are **DENIED** as moot. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 25th day of November, 2008.

_/s/ James I. Cohn_
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record